UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LEE ANN HARSANJE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL CASE NO. 23-cv-00387 |
| HEALTH BY DESIGN MEDICAL GROUP and ABUNDANT HOSPICE, LLC, | § § § § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW, Lee Ann Harsanje ("Harsanje" or "Plaintiff"), and brings this her Original Complaint against Defendants, Health by Design Medical Group ("HBDMG") and Abundant Hospice, LLC ("Abundant") (together "Defendants"), and respectfully represents the following:

## I.
## PARTIES

1. Plaintiff Lee Ann Harsanje is an individual residing in Grayson County, Texas.

2. Health By Design Medical Group is a domestic not-for-profit corporation whose corporate office is located at 13409 George Rd., San Antonio, TX 78230, and who may be served with process through its registered agent, CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201-3136 or wherever it may be found.

1

3. Abundant Hospice LLC is a domestic limited liability company who may be served with process through its registered agent, Stacey Denise Jaworski, 12500 San Pedro Ave, Suite 150, San Antonio 78216 or wherever it may be found.

## II.
## JURISDICTION

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this case arises under the laws of the United States.

5. The Court has personal jurisdiction over Defendants because they are headquartered in Texas.

## III.
## VENUE

6. Venue is proper in the Western District of Texas, San Antonio Division, because all or a substantial part of the events or omissions giving rise to Plaintiff's claim occurred in this district.

## IV.
## FACTUAL ALLEGATIONS

7. Harsanje requested religious accommodations from both Defendants' COVID-19 vaccine mandates. Both Defendants denied Harsanje's requests and terminated her for refusing to be vaccinated from COVID-19 because of her sincerely held religious beliefs as a Christian that she must treat her body as the temple of the Holy Spirit.

8. Harsanje requested a religious accommodation to be exempt from HBDMG's COVID-19 vaccine mandate sometime in early September 2021, on the grounds that she is a Christian and could not in good conscience before God receive

the experimental COVID-19 vaccines because of possible contaminating substances contained in the vaccines that would violate her sincerely religious held belief that she must treat his body as the temple of the Holy Spirit, in addition to the vaccines being developed from aborted fetal cells.

9. HBDMG denied her request for religious accommodation on September 13, 2021 and terminated her.

10. Harsanje requested a religious accommodation to be exempt from Abundant's COVID-19 vaccine mandate on or about November 14, 2021, on the grounds that she is a Christian and could not in good conscience before God receive the experimental COVID-19 vaccines because of possible contaminating substances contained in the vaccines that would violate her sincerely religious held belief that she must treat his body as the temple of the Holy Spirit, in addition to the vaccines being developed from aborted fetal cells.

11. HBDMG offered an accommodation of regular nasal swab testing. Harsanje communicated to HBDMG that regular nasal swab testing was not a reasonable accommodation because the nasal swabs are harmful to her body, and therefore, violate her sincerely held religious beliefs. Harsanje requested an alternative test, such as a spit test but this request was denied.

12. Abundant denied her request for religious accommodation on November 19, 2021 and terminated her.

# V.
# CAUSE OF ACTION: TITLE VII and TCHRA
# RELIGIOUS DISCRIMINATION – FAILURE TO ACCOMMODATE.

13. Plaintiff incorporates all factual allegations contained in the foregoing paragraphs as though fully set forth herein.

14. Plaintiff is an employee within the meaning of 42 U.S.C. 2000e, et. seq. ("Title VII") and the Texas Commission on Human Rights Act, Tex. Lab. Code §§ 21.001, et seq. (the "TCHRA").[1]

15. Defendants are covered employers under Title VII and the TCHRA.

16. Plaintiff had a sincerely held religious belief as a Christian that conflicted with Defendants' COVID-19 vaccine mandate policies.

17. Plaintiff informed Defendants of her religious belief that conflicted with Defendants' policies.

18. Defendants failed to provide reasonable accommodations for Plaintiff's sincerely held religious belief.

19. Defendants failed to act in good faith in the interactive process by failing to consider reasonable accommodations it could have provided to Plaintiff.

20. Defendants terminated Plaintiff because of her religious belief that conflicted with their COVID-19 vaccine mandate policies.

21. As a result of Defendants failure to accommodate Plaintiff's sincerely held religious beliefs, Plaintiff has suffered back pay, front pay, and mental anguish damages.

---

[1] "[T]he law governing claims under the TCHRA and Title VII is identical." *Shackelford v. Deloitte & Touche, LLP*, 190 F.3d 398, 403 n. 2 (5th Cir. 1999).

# VI.
# ATTORNEYS' FEES AND COSTS

22. Plaintiff requests an award of attorneys' fees and costs, including expert fees, under 42 U.S.C. § 2000e-5(k) and the TCHRA.

# VII.
# CONDITIONS PRECEDENT

23. All conditions precedent to Harsanje's claims for relief have been performed or have occurred. Harsanje exhausted her administrative remedies with the Texas Workforce Commission and Equal Opportunity Employment Commission and has received her notice of right to sue.

# VIII.
# JURY DEMAND

24. Plaintiff demands a jury trial.

# IX.
# PRAYER FOR RELIEF

25. WHEREFORE, Plaintiff, Lee Ann Harsanje, prays for an award against Defendants for back pay, front pay, and mental anguish damages in addition to reasonable attorneys' fees and costs of litigation and for all other and further relief to which she may be justly entitled.

Respectfully submitted,

/s/ *Paul M. Davis*
Paul M. Davis
Texas Bar No. 24078401
Paul M. Davis & Associates, P.C.
9355 John W. Elliott Dr.
Suite 25454
Frisco, TX 75033
945-348-7884

paul@fireduptxlawyer.com

ATTORNEY FOR PLAINTIFF
LEE ANN HARSANJE